JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW C. BROWNDORF, an individual,<br><br>          Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a credit reporting agency supervised by the FTC; and DOES 1 through 500, inclusive,<br><br>          Defendants. | Case No. 8:18-cv-01561 AG (DFMx)<br><br>Assigned for all purposes to:<br>Judge Andrew J. Guilford<br><br>**ORDER GRANTING THE STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>Complaint filed: July 19, 2018<br>Removal date:   August 31, 2018 |

     PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Experian Information Solutions, Inc. ("Experian") is dismissed with prejudice. Plaintiff Matthew C. Browndorf and Experian shall bear his or its own costs and attorneys' fees.

Dated: May 21, 2019

_____
HON. ANDREW J. GUILFORD
United States District Judge